## J. Kent Greene, Appellant, v. John Toman and United States Fidelity and Guaranty Company, Appellees.

⟩ Gen. No. 42,954.

Heard in the first division, first district, this court at the December term, 1943; opinion filed April 3, 1944. J. Kent Greene, *pro se;* James Todd, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.

## Anna Radwell, Appellee, v. Charles Radwell, Appellant.

Gen. No. 42,986.

Heard in the first division, first district, this court at the February term, 1944; opinion filed April 3, 1944; rehearing denied April 17, 1944. Frisch & De Haan, for appellant; George J. Fox and Abel J. De Haan, of counsel; Clarence Kammermann, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.